NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONDIS TECHNOLOGY LTD.,**
*Plaintiff-Cross Appellant,*

v.

**HON HAI PRECISION INDUSTRY CO., LTD.,
ALSO KNOWN AS FOXCONN INNOLUX DISPLAY
CORP., LITE-ON TECHNOLOGY CORP., LITE-ON
TRADING USA, INC., TPV TECHNOLOGY, LTD.,
TPV INTERNATIONAL (USA), INC., TPV
ELECTRONICS (FUJIAN) CO. LTD., ENVISION
PERIPHERALS INC., TOP VICTORY
ELECTRONICS (FUJIAN) CO. LTD.,** AND
**TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD.,**
*Defendants,*

AND

**INNOLUX CORP.** AND **CHIMEI INNOLUX
CORPORATION, FORMERLY KNOWN AS
INNOLUX DISPLAY CORPORATION,**
*Defendants-Appellants.*

---

2012-1004, -1030

---

Appeals from the United States District Court for the Eastern District of Texas in consolidated case nos. 07-CV-0565 and 08-CV-0478, Judge T. John Ward.

## ON MOTION

## O R D E R

Innolux Corp. and Chimei Innolux Corporation move to withdraw David B. Kellis as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 9 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Martin J. Black, Esq.
James P. Brogan, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2012

JAN HORBALY
CLERK